# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00444-CR
## NO. 03-09-00445-CR

**Florentino Huerta Carbajal, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 299TH JUDICIAL DISTRICT
### NOS. D-1-DC-09-200027 & D-1-DC-09-200685
### HONORABLE CHARLES F. BAIRD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Florentino Huerta Carbajal seeks to appeal convictions for possession of cocaine. The trial court has certified that Carbajal waived the right of appeal. The appeals are dismissed. *See* Tex. R. App. P. 25.2(d).

_____

Jan P. Patterson, Justice

Before Justices Patterson, Puryear and Pemberton

Dismissed for Want of Jurisdiction

Filed:   September 17, 2009

Do Not Publish